## CARSON PIRIE, SCOTT & CO. *v.* UNITED STATES

**No. 4576.**—Invoice dated Paris, France, December 6, 1937.
Entered at Chicago, Ill., December 16, 1937.
Entry No. 6672.

(Decided May 19, 1937)

*G. W. R. Wallace* (*Joseph Schwartz* of counsel) for the plaintiffs.
*Webster J. Oliver*, Assistant Attorney General (*Joseph E. Weil*, special attorney), for the defendant.

KEEFE, Judge: This appeal for reappraisement is brought by the importer against the appraiser's action in adding 8 per centum to the

invoice price of certain cotton hosiery imported from France to equal the foreign value of the merchandise.

At the trial it was shown that the addition was made to equal a tax in France known as "Unique." The plaintiffs conclusively established that the tax in question formed no part of the foreign value of the particular merchandise imported.

I therefore find that the foreign unit value of the merchandise is represented by the invoice and entered value thereof, plus packing as invoiced. Judgment will be entered accordingly.